John J. Dacey, Esq. (State Bar No. 53369)
James M. Sitkin, Esq. (State Bar No. 107650)
DACEY & SITKIN
255 California Street, 10th floor
San Francisco, CA 94111
Telephone: (415) 318-1048
Facsimile: (415) 362-3268

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN L. GUTTMAN, CHARLES R. TILLEY, and JAMES READ,<br><br>Plaintiffs,<br><br>vs.<br><br>GROUP VOYAGERS, INC., a corporation, TOURAMA, LTD., a corporation, and PAOLO MANTEGAZZA,<br><br>Defendants. | **CASE NO. C 03 1394 SI**<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR A FINAL AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS IN ADDITION TO CLASS SETTLEMENT PAYMENTS**<br><br>Date: February 16, 2007<br>Time: 9:00 a.m.<br>Courtroom: 10 (Hon. Susan Illston)<br>Trial: none |

//

-1-

On February 16, 2007, the Motion of Plaintiffs and Class Representatives, ALAN L. GUTTMAN, CHARLES R. TILLEY, and JAMES READ ("Plaintiffs") for a final award of reasonable attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure 23(h)(1) and Local Rule 54-5, for the litigation and resolution of this certified class and collective action, as provided for in the Stipulation Re Settlement Agreement and Release ("Settlement Agreement") between Plaintiffs and Defendant Group Voyagers, Inc., which was approved by the Court on September 17, 2004 came on regularly for hearing, due notice having been given to the parties and to the settlement classes. This was a motion for a final award of reasonable attorneys' fees and costs to counsel for services and costs not covered in Plaintiffs' motion for an interim award of fees and costs, adjudicated in this Court's May 25, 2005 Order. Pursuant to Fed. R. Civ. P. 37(h)(1), copies of a notice of motion advising class members of the fee request and their right to object to the fee request were sent to class members via first-class U.S. Mail, postage prepaid. No objection has been submitted. The Motion is unopposed by Defendant Group Voyagers, Inc., as well. The Court finds that Plaintiffs' showing, moreover, supports the proposed award.

//

//

//

ORDER GRANTING UNOPPOSED MOTION FOR FINAL AWARD OF FEES/COSTS – case #C 03 1394 SI

It is hereby ordered:

The Motion is granted.

1. Defendant Group Voyagers, Inc. shall make the following payments to the following law firm:

| Firm | Dates | Fees | Costs | Total |
|---|---|---|---|---|
| Dacey & Sitkin | 11/5/04-12/12/05 | $12,676 | $77.44 | $12,753.44 |

It is so ordered.

Dated:

_____
Judge Susan Illston
U.S. District Court Judge

//
//
//

ORDER GRANTING UNOPPOSED MOTION FOR FINAL AWARD OF FEES/COSTS -- case #C 03 1394 SI